# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIONI M. POLANCO,** | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. 3:14-00311 |
| **WARDEN CRAIG LOWE, et al.** | : | (JUDGE MANNION) |
| Respondents | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

2. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 17, 2015
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0311-01-order.wpd